# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**SOL ROSE, III,**

    **Plaintiff,**

  v.

**LOU STEIN,**

    **Defendant.**

:

:

:

**Case No. 2:24-cv-4036**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Elizabeth A. Preston Deavers**

## ORDER

On November 7, 2024, the Magistrate Judge issued a Report and Recommendation (ECF No. 6) recommending that Plaintiff Sol Rose, III's Complaint be dismissed without prejudice for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted. The parties were advised of the right to file objections to the Report and Recommendation and of the consequences of failing to do so. (ECF No. 6, PAGEID # 58.) No objections have been filed, and the time for filing objections has passed.

For the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 6). Mr. Rose's Complaint is **DISMISSED without prejudice**. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

                                       /s/ Sarah D. Morrison
                                       **SARAH D. MORRISON, CHIEF JUDGE**
                                       **UNITED STATES DISTRICT COURT**